# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW OLSON, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| BIRMINGHAM HEALTH CARE INC. *et al.*, | |
| Defendants. | |

## NOTICE OF REMOVAL

COMES NOW the United States of America, by and through its undersigned attorneys, and gives notice of removal of the above-captioned civil action pursuant to 42 U.S.C. § 233(c) and shows as follows:

1. Birmingham Health Care, Inc. and Nancy J. Sawyer, M.D., are named as Defendants in a medical malpractice civil action now pending in the Circuit Court for Jefferson County, Alabama, in Civil Action No. SM 01-CV-2014-902534.  Plaintiff filed that action on or about June 13, 2014, and the suit has not yet proceeded to trial.

2. Attached to this Notice of Removal as Exhibit 1 are copies of all the pleadings filed in the Circuit Court for Jefferson County, Alabama in this action that have been received by and are in the possession of the United States.

1

3. The above-referenced Alabama State Court action is properly subject to removal because the Secretary of Health and Human Services, in accordance with the Federally Supported Health Centers Assistance Act (the "Act"), 42 U.S.C. § 233(g) – (n), deemed Birmingham Health Care, Inc. to be covered by the provisions of the Federal Torts Claim Act ("FTCA"), 28 U.S.C. §§ 1356(b), 2401(b), 2671-80, for damages for personal injury, including death, resulting from the performance of medical, surgical, dental and related functions, and the remedy against the United States under the FTCA is exclusive of any other civil action or proceeding. Birmingham Health Care, Inc. was deemed covered by the Act for all times relevant to the allegations contained in the Complaint.

4. Congress has provided, upon certification by the Attorney General or his designee, that the defendants were acting in the scope of their employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a state court shall be removed at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 of the United States Code. 42 U.S.C. § 233(c); 28 U.S.C. §§ 1346(b), 2671 *et seq*.

5. Filed with this Notice of Removal as Exhibit 2 is a Certification by James G. Touhey, Jr., Director, Torts Branch, Civil Division, that Birmingham

Health Care, Inc. is an entity deemed by the Secretary of Health and Human Services to be an employee of the Public Health Service pursuant to 42 U.S.C. § 233(g), and certifying that Birmingham Health Care, Inc. was acting within the scope of its federal employment at the time of the incident giving rise to this suit.

6.   In the Certification filed as Exhibit 2, Director Touhey further certifies that Nancy J. Sawyer, M.D., was an employee of Birmingham Health Care, Inc., a public or non-profit entity deemed by statute to be an employee of the Public Health Service, and was acting within the scope of her federal employment at the time of the incident giving rise to this suit.

7.   The authority to certify scope of office or employment has been delegated to the Director of the Torts Branch.  *See*  28 C.F.R. § 15.4.

8.   Defendants Birmingham Health Care, Inc. and Nancy J. Sawyer, M.D, are covered by the provisions of the FTCA.  42 U.S.C. §233(a).

WHEREFORE, pursuant to 42 U.S.C. §233(c), the aforesaid action is hereby removed from the Circuit Court of Jefferson County, Alabama to the U.S. District Court for the Northern District of Alabama, Northeastern Division.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Attorney General
    Civil Division

    JAMES G. TOUHEY, JR.
    Director, Torts Branch

Civil Division

KIRSTEN L. WILKERSON
Assistant Director, Torts Branch
Civil Division


   /s/ Taheerah K. El-Amin
TAHEERAH K. EL-AMIN
DC Bar No. 500980
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
Telephone: 202-616-4270
Facsimile: 202-616-5200
E-mail: taheerah.el-amin@usdoj.gov

Attorneys for the United States of America
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I filed the foregoing with the Clerk of Court and served same by U.S. Mail of such filing to:

>Patrick M. Lamar, Esq.
>Lamar & Associates, LLC
>303 Williams Avenue, SW
>Suite 221A
>Huntsville, AL  35801
>
>Jennifer Devereaux Segers
>Huie, Fernambucq & Stewart, LLP
>Three Protective Center
>Suite 200
>2801 Highway 280 South
>Birmingham, AL  35223

      /s/ Taheerah K. El-Amin
      Taheerah K. El-Amin
      Trial Attorney